**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

            CRIM. NO. 95-80271

    Plaintiff,

            HONORABLE PAUL D. BORMAN

 -vs-

D-1 ALESIO R. GENTILE,

    Defendant
_____/

ORDER GRANTING
UNITED STATES' MOTION FOR LEAVE TO DISMISS INDICTMENT AS TO
<u>DEFENDANT ALESIO R. GENTILE</u>

    At a session of this Court held in the
    City of Detroit, County of Wayne, State of
    Michigan on <u>August 31, 2007</u>

    PRESENT: The Honorable Paul D. Borman
           United States District Court Judge

Having considered the United States' motion for leave to dismiss the indictment as to defendant ALESIO R. GENTILE and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the United States be and is hereby GRANTED leave to dismiss the indictment; and

IT IS FURTHER ORDERED that the indictment filed in the above-captioned case be and is hereby DISMISSED.

            s/Paul D. Borman
            PAUL D. BORMAN
            UNITED STATES DISTRICT JUDGE

Dated: August 31, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 31, 2007.

                                          s/Denise Goodine
                                          Case Manager